ACCEPTED
03-15-00591-CV
7912629
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/19/2015 4:05:18 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00591-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/19/2015 4:05:18 PM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT
AT AUSTIN, TEXAS

THE CITY OF AUSTIN FIREFIGHTERS AND POLICE OFFICERS'
CIVIL SERVICE COMMISSION, DIRECTOR MARK WASHINGTON, CHIEF
ARTURO ACEVEDO, AND THE CITY OF AUSTIN, TEXAS,
*Defendants/Appellants*,

v.

WILLIAM M. STEWART,
*Plaintiff/Appellee.*

UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE APPELLEE'S BRIEF

DEATS, DURST & OWEN, P.L.L.C.
1204 San Antonio Street, Suite 203
Austin, Texas 78701
(512) 474-6200
(512) 474-7896 (FAX)
B. Craig Deats
State Bar No. 05703700
cdeats@ddollaw.com
Matt Bachop
State Bar No. 24055127
mbachop@ddollaw.com

COUNSEL FOR APPELLEE

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW Appellee William M. Stewart, by and through his appellate attorneys, and pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), files this motion for an extension of time to file Appellee's appellate brief, and would respectfully show the Court as follows:

## I.

The deadline for filing Appellee's appellate brief in this Court is November 30, 2015.

## II.

Appellee seeks an order extending the time for filing Appellee's appellate brief for 15 calendar days, so that Appellee's appellate brief would be due for filing in this Court on Tuesday, December 15, 2015.

## III.

Appellee requests this extension of time to file his appellate brief because due to the current press of legal and business matters in which Appellee's legal counsel is involved, along with the Thanksgiving holiday, Appellee's legal counsel reasonably needs such an extension so that Appellee's legal counsel may have sufficient time to prepare a meaningful argument that will be of maximum benefit to the Court. This request is not for the purposes of delay.

## IV.

No previous extensions of the time for filing Appellee's appellate brief have been sought.

## Prayer for Relief

WHEREFORE, PREMISES CONSIDERED, Appellee William M. Stewart respectfully requests that the Court issue an order extending the time for filing Appellee's appellate brief in the above case for 15 calendar days, making Appellee's appellate brief due on Tuesday, December 15, 2015.

*Respectfully submitted,*

DEATS DURST & OWEN, P.L.L.C.
1204 San Antonio Street, Suite 203
Austin, Texas 78701
(512) 474-6200
(512) 474-7896 (Fax)

*/s/ Matt Bachop*
B. Craig Deats
State Bar No. 05703700
cdeats@ddollaw.com
Matt Bachop
State Bar No. 24055127
mbachop@ddollaw.com

COUNSEL FOR APPELLEE WILLIAM M .STEWART

## CERTIFICATE OF CONFERENCE

I hereby certify that I, Matt Bachop, counsel for Appellee, communicated with all other parties about the merits of Appellee's motion to extend time to file Appellee's appellate brief. Specifically, on November 19, 2015, I communicated by phone with Chris Edwards, counsel for Appellants, about the merits of Appellee's motion to extend time to file Appellee's appellate brief, and counsel for Appellants stated that the motion is unopposed.

*/s/ Matt Bachop*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent to counsel for Appellants, Chris Edwards, Assistant City Attorney, CITY OF AUSTIN-LAW DEPARTMENT, P. O. Box 1546, Austin, Texas 78767-1546, Fax: (512) 974-1311, chris.edwards@austintexas.gov, on this 19th day of November, 2015, by electronic service.

*/s/ Matt Bachop*